■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

LEON HYMES, Appellant. [616 NYS2d 742] —Judgment, Supreme Court, Bronx County (Joseph Fisch, J.), rendered November 6, 1992, convicting defendant, after a jury trial, of murder in the second degree, and sentencing him, as a juvenile offender, to a term of 9 years to life, unanimously affirmed.

Like the petitioner in *Matter of Oliver v Justices of N. Y. Supreme Ct.* (36 NY2d 53), the defendant herein had been indicted for murder and had successfully requested a charge of manslaughter as a lesser-included offense to a jury that eventually announced itself "hopelessly deadlocked". Contrary to defendant's contention, the court is not obligated to inquire of the jury whether it reached a partial verdict in the absence of an indication that the jury wishes to return such a verdict. The absence of a partial verdict is fatal to defendant's contention that since the jury reportedly had unanimously determined to acquit on the higher count, retrial on the higher count constitutes double jeopardy *(Matter of Oliver v Justices of N. Y. Supreme Ct., 36 NY2d 53, supra)*. Concur—Murphy, P. J., Ellerin, Ross, Nardelli and Williams, JJ.